UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO TARTORIA, | No. 2:11-cv-02298-MCE-JFM |
|     Plaintiff, | |
|   v. | ORDER CONTINUING TRIAL |
| EDUCATIONAL MEDIA FOUNDATION, | |
|     Defendant. | |

YOU ARE HEREBY NOTIFIED the August 12, 2013 jury trial is vacated and continued to **March 31, 2014**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **January 23, 2014**. Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the June 13, 2013 Final Pretrial Conference is vacated and continued to **February 6, 2014**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 16, 2014** and shall comply with the procedures outlined in the Court's January 19, 2012 Pretrial Scheduling Order.

///

1 The personal appearances of the trial attorneys or person(s) in
2 pro se is mandatory for the Final Pretrial Conference.
3 Telephonic appearances for this hearing are not permitted.
4     Any evidentiary or procedural motions are to be filed by
5 **January 16, 2014**.  Oppositions must be filed by **January 23, 2014**
6 and any reply must be filed by **January 30, 2014**.  The motions
7 will be heard by the Court at the same time as the Final Pretrial
8 Conference.
9     All other due dates set forth in the Court's Pretrial
10 Scheduling Order are confirmed.
11     IT IS SO ORDERED.
12
 Dated: October 30, 2012
13
14                               _____
15                               MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE