1  SEYFARTH SHAW LLP
   Alfred L. Sanderson (State Bar No. 186071)
2  asanderson@seyfarth.com
   Timothy B. Nelson (State Bar No. 235279)
3  tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   EDUCATIONAL MEDIA FOUNDATION
7
   BEYER, PONGRATZ & ROSEN
8  Stephen G. Pongratz (State Bar No. 131276)
   Eric D. Hitchcock (State Bar No. 230630)
9  3230 Ramos Circle
   Sacramento, California 95827
10 Telephone: (916) 369-9750
   Facsimile: (916) 369-9760
11
   Attorneys for Plaintiff
12 SOCORRO TARTORIA

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 SOCORRO TARTORIA,              )  Case No. 2:11-CV-02298-MCE-JFM
                                  )
17           Plaintiff,           )  **ORDER MODIFYING PRETRIAL**
                                  )  **SCHEDULING ORDER**
18      v.                        )
                                  )
19 EDUCATIONAL MEDIA FOUNDATION,  )
   and DOES 1 through 50, inclusive, )
20                                )
             Defendants.          )
21 _____)

22      Based on Plaintiff SOCORRO TARTORIA's and Defendant EDUCATIONAL MEDIA

23 FOUNDATION's Stipulation to Modify Pretrial Scheduling Order, the Court orders that the

24 Pretrial Scheduling Order is modified as follows:

25 ///

26 ///

27 ///

28
                                       1
                    ORDER MODIFYING PRETRIAL SCHEDULING ORDER

15215060v.1

1. The motion hearing schedule is hereby modified. The last day to hear dispositive motions shall be July 18, 2013. The parties shall comply with the following filing deadlines:

| | |
|---|---|
| Dispositive motion | filed at least 8 weeks prior to hearing |
| Opposition and any cross-motion | filed at least 5 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | filed at least 1 week prior to hearing |

2. All other dates in the Pretrial Scheduling Order, with the exception of those dates modified by the Court's Order Continuing Trial (filed October 31, 2012, Docket Number 11), shall remain the same.

DATED: February 15, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE