SEYFARTH SHAW LLP
Alfred L. Sanderson (State Bar No. 186071)
asanderson@seyfarth.com
Timothy B. Nelson (State Bar No. 235279)
tnelson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
EDUCATIONAL MEDIA FOUNDATION

BEYER, PONGRATZ & ROSEN
Stephen G. Pongratz (State Bar No. 131276)
Eric D. Hitchcock (State Bar No. 230630)
3230 Ramos Circle
Sacramento, California 95827
Telephone: (916) 369-9750
Facsimile: (916) 369-9760

Attorneys for Plaintiff
SOCORRO TARTORIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO TARTORIA, | Case No. 2:11-CV-02298-MCE-JFM |
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| EDUCATIONAL MEDIA FOUNDATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Based on Plaintiff SOCORRO TARTORIA's and Defendant EDUCATIONAL MEDIA FOUNDATION's Stipulation to Modify Pretrial Scheduling Order, the Court orders that the Pretrial Scheduling Order is modified as follows:

///

///

///

1
ORDER MODIFYING PRETRIAL SCHEDULING ORDER

15215060v.1

1.       The motion hearing schedule is hereby modified.  The last day to hear dispositive motions shall be July 18, 2013.  The parties shall comply with the following filing deadlines:

| | |
|---|---|
| Dispositive motion | filed at least 8 weeks prior to hearing |
| Opposition and any cross-motion | filed at least 5 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | filed at least 1 week prior to hearing |

2.       All other dates in the Pretrial Scheduling Order, with the exception of those dates modified by the Court's Order Continuing Trial (filed October 31, 2012, Docket Number 11), shall remain the same.

DATED: February 15, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE