1  SEYFARTH SHAW LLP
   Alfred L. Sanderson (State Bar No. 186071)
2  asanderson@seyfarth.com
   Timothy B. Nelson (State Bar No. 235279)
3  tnelson@seyfarth.com
   400 Capitol Mall, Suite 2350
4  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
5  Facsimile: (916) 558-4839

6  Attorneys for Defendant
   EDUCATIONAL MEDIA FOUNDATION
7
   BEYER, PONGRATZ & ROSEN
8  Stephen G. Pongratz (State Bar No. 131276)
   Eric D. Hitchcock (State Bar No. 230630)
9  3230 Ramos Circle
   Sacramento, California 95827
10 Telephone: (916) 369-9750
   Facsimile: (916) 369-9760
11
   Attorneys for Plaintiff
12 SOCORRO TARTORIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SOCORRO TARTORIA, | Case No. 2:11-CV-02298-MCE-JFM |
|---|---|
| Plaintiff, | **ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| v. | |
| EDUCATIONAL MEDIA FOUNDATION, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Based on Plaintiff SOCORRO TARTORIA's and Defendant EDUCATIONAL MEDIA FOUNDATION's Stipulation to Modify Pretrial Scheduling Order, the Court orders that the Pretrial Scheduling Order is modified as follows:

///

///

///

1. The motion hearing schedule is hereby modified. The last day to hear dispositive motions shall be July 18, 2013. The parties shall comply with the following filing deadlines:

| | |
|---|---|
| Dispositive motion | filed at least 8 weeks prior to hearing |
| Opposition and any cross-motion | filed at least 5 weeks prior to hearing |
| Reply and opposition to cross-motion | filed at least 3 weeks prior to hearing |
| Reply to cross-motion | filed at least 1 week prior to hearing |

2. In a subsequent order, the Court will issue an Amended Pretrial Scheduling Order. The Amended Pretrial Schedule Order will govern all future deadlines.

IT IS SO ORDERED.

Dated: February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE